UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-467 (PAM/RLE)

| | | |
|---|---|---|
| RIGOBERTO GARCIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| T. C. PETERSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that the Respondent shall be granted until May 8, 2000, to prepare and submit its response.

Dated: April 19, 2000

Raymond L. Erickson
RAYMOND L. ERICKSON
United States Magistrate Judge

FILED 4/20/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK