# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Rigoberto Jesus Garcia

Plaintiff

v.

T.C. Peterson, Warden,
F.C.I., Sandstone

Defendants

Case No. Civil 00-467 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is summarily dismissed. The that motion of the Petitioner for an expansion of the record is denied as moot. That the motion fo the Petitioner for an expansion of the record is denied as moot.

DATE: December 26, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk